**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE GOINS, | **Case No. CV 15-02119 DSF (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| RON DAVIS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/1/15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE